UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 8:9-cr-67-T-33AEP

ARDE HARRY OLSEN

_____

**Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

This matter comes before the Court sua sponte. The United States Probation Office filed its Amendment 782 Memorandum on October 31, 2016. (Doc. # 721). The October 31, 2016, Amendment 782 Memorandum indicates that Defendant is eligible for a sentence reduction. (Id.). Specifically, the Amendment 782 Memorandum indicates that Defendant is eligible for a two-level reduction that results in an offense level of 37, criminal history category of I, with a guideline range of 210 to 240 months. (Id.). The Court also notes that neither Defendant, nor the Government object to reducing Defendant's sentence to 210 months' imprisonment. (Doc. # 740).

The Court agrees that Defendant is eligible for a reduction and, pursuant to its discretionary authority under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, grants a sentence reduction consistent with the October 31, 2016, Amendment 782 Memorandum. Having reviewed the facts in both the original presentence investigation report and the October

31, 2016, Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a), and the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), the Court finds that a reduction of 30 months is warranted.

Thus:

(1)  The Court reduces Defendant's prison term from 240 months' imprisonment to 210 months' imprisonment, or time served, whichever is greater.

(2)  Except as otherwise provided, all provisions of the Judgment dated October 27, 2009, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of February, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE